**Order entered December 19, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00683-CR

### AVERY DESMOND GRANT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1921410-V**

### ORDER

The reporter's record for this appeal is overdue. We **ORDER** Kelly Simmons, court reporter, 292nd Judicial District Court, to file the reporter's record within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; Kelly Simmons, court reporter, 292nd Judicial District Court; and to counsel for all parties.

/s/ LANA MYERS
    JUSTICE